UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HOGSTON,

      Plaintiff,                         CIVIL ACTION NO. 12-12626

      v.                               DISTRICT JUDGE ARTHUR J. TARNOW

COMMISSIONER OF                MAGISTRATE JUDGE MARK A. RANDON
SOCIAL SECURITY,

      Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO FILE IN EXCESS OF TWENTY PAGES (DKT. NO. 15)

This matter is before the Court on Plaintiff's Ex Parte Motion to File in Excess of Twenty Pages. (Dkt. No. 15). Plaintiff asks the Court for permission to file a 42-page brief, because there are 10 issues that contain "extensive and critical authority in justification." (Dkt. No. 15 at 1). Defendant partially objects; it says Plaintiff can make his arguments in approximately 25 pages. (Dkt. No. 17).

Based on the number of errors he asserts against the Commissioner's decision and the need to adequately develop his arguments, the Court **GRANTS** Plaintiff's motion and **ACCEPTS** the motion and brief Plaintiff filed on October 29, 2012.

      **IT IS ORDERED**.

                                         s/Mark A. Randon
                                         MARK A. RANDON
                                         UNITED STATES MAGISTRATE JUDGE

Dated: November 14, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, November 14, 2012, by electronic and/or ordinary mail.*

*s/Melody Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5540*